1
2
3
4
5
6
7
8

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

9

10    FELIPE URZUA CASTRO,                    )    Case No.: 2:20-cv-04984-MRW
                                              )
11              Plaintiff,                    )    ORDER AWARDING EQUAL
                                              )    ACCESS TO JUSTICE ACT
12         vs.                                )    ATTORNEY FEES AND EXPENSES
                                              )    PURSUANT TO 28 U.S.C. § 2412(d)
13    KILOLO KIJAKAZI,                        )    AND COSTS PURSUANT TO 28
      Acting Commissioner of Social           )    U.S.C. § 1920
14    Security,                               )
                                              )
15              Defendant                     )
                                              )
16

17         Based upon the parties' Stipulation for the Award and Payment of Equal

18    Access to Justice Act Fees, Costs, and Expenses:

19         IT IS ORDERED that fees and expenses in the amount of $2,850.00 as

20    authorized by 28 U.S.C. § 2412, and no costs authorized by 28 U.S.C. § 1920, be

21    awarded subject to the terms of the Stipulation.

22    DATE:  November 22, 2021

23

24    THE HONORABLE MICHAEL R. WILNER
      UNITED STATES MAGISTRATE JUDGE

25

26

-1-

1    Respectfully submitted,

2    LAW OFFICES OF LAWRENCE D. ROHLFING

3       /s/ *Matthew F. Holmberg*

4    _____
     Matthew F. Holmberg
     Attorney for plaintiff Felipe Urzua Castro

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26